# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-180-272**

**Effective Date of Registration:**
December 02, 2019
**Registration Decision Date:**
December 03, 2019

## Title

| | |
|---|---|
| Title of Work: | Companion |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 1999 |
| Date of 1st Publication: | October 19, 2000 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| Author: | Brian Joseph Donnelly |
| Author Created: | sculpture |
| Work made for hire: | No |
| Citizen of: | United States |
| Year Born: | 1974 |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | KAWS Inc. 259 Banker Street, Brooklyn, NY, 11222, United States |
| Transfer statement: | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | 2-D artwork |
| New material included in claim: | sculpture |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | KAWS Inc. |
| Address: | 259 Banker Street Brooklyn, NY 11222 United States |

Page 1 of 2

## Certification

                        **Name**: Lisa A. Ferrari
                         **Date**: December 02, 2019
**Applicant's Tracking Number**: 452669

**Copyright Office notes**: Basis for Registration: Registration based on deposited authorship describing, depicting, or embodying such character(s). Compendium 313.4(H).



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-182-652

**Effective Date of Registration:**
December 12, 2019
**Registration Decision Date:**
December 13, 2019

---

## Title

  **Title of Work:** BFF

## Completion/Publication

  **Year of Completion:** 2016
  **Date of 1st Publication:** June 30, 2016
  **Nation of 1st Publication:** United States

## Author

-   **Author:** KAWS Inc
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

  **Copyright Claimant:** KAWS Inc
  259 Banker St, BROOKLYN, NY, 11222, United States

## Certification

  **Name:** Mark Barrow
  **Date:** December 12, 2019

